# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO.  09-14-00434-CV
_____

### CHRIS DAVIS, Appellant

### V.

### CHRIS FOURNET AND MOTIVA ENTERPRISES, LLC, Appellees

**On Appeal from the 1st District Court**
**Jasper County, Texas**
**Trial Cause No. 34022**

### ORDER

On September 11, 2014, the trial court signed an interlocutory order, which identified a controlling question of law that may materially advance the ultimate termination of the litigation, and granted permission to appeal. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d) (West Supp. 2014); *see also* Tex. R. Civ. P. 168. On October 1, 2014, Chris Davis filed a petition for permission to appeal from the interlocutory order.  *See* Tex. R. App. P. 28.3(a). We granted an extension of time

1

to file the petition. *See* Tex. R. App. P. 28.3(d). Motiva Enterprises, LLC filed a response. *See* Tex. R. App. P. 28.3(f).

The Court grants the petition for permissive appeal of the trial court's order of September 11, 2014.  *See* Tex. R. App. P. 28.3(k).  Notice of appeal is deemed filed as of the date of this Order.  *See* Tex. R. App. P. 28.3(k).  The record is due October 24, 2014.  *See* Tex. R. App. P. 35.1(b).  The brief of the appellant is due twenty days after the record is filed.  *See* Tex. R. App. P. 38.6(a).  The briefs of the appellees are due twenty days after the filing of the brief of the appellant.  *See* Tex. R. App. P. 38.6(b).  The Clerk of the Court shall file a copy of this Order with the trial court clerk.  *See* Tex. R. App. P. 28.3(k).

ORDER ENTERED October 14, 2014.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.